UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNETTE WESSON, on behalf
of herself and those similarly
situated,

       Plaintiff,                    CASE NO.: 1:15-CV-03922-SCJ

vs.

SODEXO, INC., a Foreign for
Profit Corporation,

       Defendant.             /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ANNETTE WESSON, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, files her Notice of Voluntary Dismissal With Prejudice.

## CERTIFICATE OF COMPLIANCE WITH L. R. 5.1B

Counsel for the Plaintiff hereby certifies that the above and foregoing document was prepared using Times New Roman 14 point font in compliance with L. R. 5.1B, NDGa.

Dated this 30th day of December, 2015.

Respectfully submitted by,

       **s/ Justin D. Miller**
Justin D. Miller, Esquire
Georgia Bar No. 001307
Attorney for Plaintiff
Morgan & Morgan, P.A.
PO Box 57007
Atlanta, Georgia 30343-1007
Telephone: (404) 965-8811
Facsimile: (404) 965-8812
Email: JDMiller@forthepeople.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of the Court by using the CM/ECF system. I further certify that I sent the foregoing document and the Notice of the electronic filing to SODEXO, INC, c/o Brett C Bartlett, Esq., Seyfarth Shaw LLP, 1075 Peachtree Street, N.E., Suite 2500, Atlanta, Georgia 30309-3958, Direct: 404-888-1875, bbartlett@seyfarth.com, on this 30th day of December, 2015.

       **s/ JUSTIN D. MILLER**
Justin D. Miller, Esquire